UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO, an individual,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NADIA R. HANNA, an individual; and DOES 1 to 10,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 21-CV-910 JLS (AHG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 7) |

　　　Presently before the Court is Plaintiff Victor Dalfio's Motion for Default Judgment. (ECF No. 7.)  On its own motion, the Court **VACATES** the hearing scheduled for October 21, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated:  October 15, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge

1

21-CV-910 JLS (AHG)