# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NADIA R. HANNA, an individual; and DOES 1 to 10,<br><br>Defendants. | Case No.: 21-CV-910 JLS (AHG)<br><br>**ORDER GRANTING MOTION TO WITHDRAW LAURA STEVEN AS COUNSEL OF RECORD FOR PLAINTIFF**<br><br>(ECF No. 9) |

Presently before the Court is Plaintiff Victor Dalfio's Motion to Withdraw Laura Steven as Counsel of Record for Plaintiff (ECF No. 9). Plaintiff requests that Ms. Steven be withdrawn as counsel because she is no longer with The Law Office of Hakimi & Shahriari. Plaintiff will continue to be represented by other attorneys at The Law Office of Hakimi & Shahriari. Good cause appearing, the Court **GRANTS** the Motion. The Clerk

///
///
///
///
///

1  of the Court will update the docket to reflect the withdrawal of Ms. Steven and remove her
2  from the CM/ECF electronic service list.
3      **IT IS SO ORDERED.**
4  Dated:  May 16, 2022

     Hon. Janis L. Sammartino
     United States District Judge